## Commonwealth ex rel. Jean, Appellant, *v.* Heller et ux.

Argued September 14, 1973.
*Dale A. Derr,* for appellant; *John Arnold Crisman,* for appellee.
Order affirmed.
SPAULDING, J., absent.